```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                                    24 CR 458(RA)

MIGUEL DE JESUS REYES MEDINA
and ERIK ALBERTO LOPEZ VALDEZ,

               Defendants.

------------------------------x
                                                New York, N.Y.
                                                August 6, 2024
                                                2:40 p.m.
Before:

                     HON. RONNIE ABRAMS,

                                                District Judge

                          APPEARANCES


DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
WILLIAM C. KINDER
     Assistant United States Attorney

MICHAEL O. HUESTON
     Attorney for Defendant Medina

DAVID PATTON
FEDERAL DEFENDERS OF NEW YORK
     Attorney for Defendant Valdez
BY:  HANNAH McCREA

ALSO PRESENT:  Humberto Garcia, Spanish Interpreter
```

1			(Case called)
2			MR. KINDER:  Good afternoon, your Honor.
3			William Kinder, for the government.
4			THE COURT:  Good afternoon.
5			MR. HUESTON:  Good afternoon, your Honor.
6			Michael Hueston for Mr. Reyes Medina, who is seated at
7	the jury box in front.
8			THE COURT:  Good afternoon to both of you.
9			MS. McCREA:  Good afternoon, your Honor.
10			Hannah McCrea on behalf of Mr. Lopez Valdez, who is
11	present.
12			THE COURT:  Good afternoon to both of you as well.
13			I want to note for the record that both defendants are
14	being assisted by a Spanish interpreter.  If at either time
15	either of you are having trouble understanding what's happening
16	in this proceeding, either because of the language barrier or
17	for some other reason, please let me know.  You can just raise
18	your hand.  And if at any time you want to speak privately with
19	your attorneys, just let me know that as well because you are
20	free to do so.
21			Do you understand, Mr. Reyes Medina?  Do you
22	understand that?
23			DEFENDANT REYES MEDINA:  Yes.
24			THE COURT:  Mr. Lopez Valdez?
25			DEFENDANT LOPEZ VALDEZ:  Yes.

3
O866REYC				Arraignment

1         THE COURT:  All right.  So what I'm going to do next
2    is I'm going to arraign you both on the indictment.  So why
3    don't we start with Mr. Reyes Medina?
4         Could you please stand?
5         Have you seen a copy of the indictment, which are the
6    charges in this case?
7         DEFENDANT REYES MEDINA:  Yes.
8         THE COURT:  And has the indictment been translated for
9    you?
10        DEFENDANT REYES MEDINA:  Yes.
11        THE COURT:  Have you discussed it with your attorney?
12        DEFENDANT REYES MEDINA:  Yes.
13        THE COURT:  Do you want me to read the indictment out
14   loud, or do you waive its public reading?
15        DEFENDANT REYES MEDINA:  I waive the public reading.
16        THE COURT:  And how do you plead to the charges?
17        DEFENDANT REYES MEDINA:  Innocent.
18        THE COURT:  All right.  You can be seated.  Thank you.
19        And I'm going to take that as a not guilty, for the
20   record.
21        Mr. Lopez Valdez, can you please stand?
22        Have you seen a copy of the indictment in this case?
23        DEFENDANT LOPEZ VALDEZ:  Yes.
24        THE COURT:  Has it been translated for you?
25        DEFENDANT LOPEZ VALDEZ:  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1            THE COURT:  Have you discussed it with your attorney?
2            DEFENDANT LOPEZ VALDEZ:  Yes.
3            THE COURT:  Would you like me to read the indictment
4    out loud, or do you waive its public reading?
5            DEFENDANT LOPEZ VALDEZ:  I waive.
6            THE COURT:  And how do you plead?
7            DEFENDANT LOPEZ VALDEZ:  Innocent.
8            THE COURT:  Okay.  I'm going to take that as a not
9    guilty as well.
10           You can be seated.  Thank you.
11           What's the status of discovery, and what does
12   discovery entail in this case?
13           MR. KINDER:  Sure, your Honor.
14           The Rule 16 discovery in this case will consist
15   primarily of law enforcement reports and records, including
16   audio recordings of the drug transactions and conversations
17   setting up the drug transactions, laboratory reports, and
18   cell phone records.
19           The defendants provided consent to search two phones
20   in Mr. Lopez Valdez's case and a phone in Mr. Reyes Medina's
21   case.  The government is still going through those phones and
22   is in the process of collecting the law enforcement case file
23   materials.  And we can begin making productions in relatively
24   short order.
25           THE COURT:  All right.  Thank you.

1               And I understand that the parties have agreed to a

2      November 6 date to meet again and see where we are, is that

3      right, at 11:00 o'clock?

4               MR. HUESTON:  That's correct, your Honor.

5               MS. McCREA:  Yes.

6               THE COURT:  Good.  Thank you.

7               I also just want to note, pursuant to Federal Rule of

8      Criminal Procedure 5(f) — It's really a reminder to the

9      government of its obligation — under *Brady v. Maryland*, and its

10     progeny, to disclose to the defendants all information, whether

11     admissible or not, that is favorable to the defendants,

12     material either to guilt or to punishment, and known to the

13     government.  The government must make good faith efforts to

14     disclose such information to the defense as soon as reasonably

15     possible after its existence becomes known to the government.

16              So I'm going to issue a 5(f) order that includes a

17     more fulsome description of your obligations, but do you

18     understand these obligations and confirm that you will fulfill

19     them?

20              MR. KINDER:  Yes, your Honor.

21              THE COURT:  Thank you.

22              Is there any objection to exclusion of time under the

23     Speedy Trial Act until the November 6 date?

24              MR. HUESTON:  No, your Honor, on behalf of

25     Mr. Reyes Medina.

1          MS. McCREA: No, your Honor, on behalf of
2     Mr. Lopez Valdez.
3          THE COURT: I'm going to exclude time from today until
4     November 6 pursuant to 18 United States Code Section
5     3161(h)(7)(A).
6          I find that the ends of justice served by excluding
7     such time outweigh the interests of the public and the
8     defendants of a speedy trial because it will allow time for
9     counsel and the defendants themselves to review discovery and
10    consider any possible motions they may want to make, as well as
11    to negotiate any possible disposition of this case.
12         All right. Are there any other applications at this
13    time?
14         From the government?
15         MR. KINDER: No, your Honor.
16         THE COURT: From defense counsel?
17         MR. HUESTON: No thank you, your Honor.
18         MS. McCREA: None, your Honor.
19         THE COURT: Okay. Thank you.
20         I'll just note that on November 6, what I'd like to do
21    is to set a trial date and a motion schedule at that time. So
22    please just be prepared to discuss scheduling.
23         Thank you and have a good day.
24         (Adjourned)
25