```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    24 Cr. 458-02 (RA)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
            -v-                           :
                                          :
ERIK ALBERTO LOPEZ VALDEZ,                :
                                          :
                  Defendant.              :
                                          X
------------------------------------------
```

RONNIE ABRAMS, District Judge:

ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:  May 22, 2025
        New York, New York

_____
RONNIE ABRAMS
United States District Judge